# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130064(30)

ARTHUR Y. LISS and BEVERLY LISS,
      Plaintiffs/Counter Defendants/
      Appellees,

v

LEWISTON-RICHARDS, INC.,
and JASON P. LEWISTON,
      Defendants/Counter Plaintiffs/
      Appellants.
_____

SC: 130064
COA: 266326
Oakland CC: 03-046587-CK

On order of the Chief Justice, motion by the Michigan Defense Trial Counsel for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006

_____
Clerk